UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

_____
VIETNAM FINEWOOD COMPANY LIMITED,  :
FAR EAST AMERICAN, INC., AND       :
INTERGLOBAL FOREST LLC,            :
                                   :
           Plaintiffs,          :
                                   :   Court No. 20-00155
          v.                   :
                                   :
UNITED STATES,                     :
                                   :
           Defendant.           :
_____:

## JOINT STATUS REPORT

Pursuant to the Court's order of November 3, 2020, Plaintiffs Vietnam Finewood Company Limited (Finewood), Far East American, Inc. (FEA) and InterGlobal Forest LLC (IGF) (collectively, Plaintiffs) and defendant the United States, by and through their undersigned counsel, file this joint status report.

This action relates to the premature liquidation of FEA's and IGF's entries of Finewood's merchandise entered in 2018. These entries were originally suspended as an interim measure in EAPA Investigation No. 7252. Because U.S. Customs and Border Protection (CBP) was unable to determine whether certain merchandise at issue is within the scope of the antidumping and countervailing duty orders on certain hardwood plywood from the People's Republic of China (AD/CVD Orders), in accordance with the procedures of 19 U.S.C. § 1517(b)(4)(A), CBP referred the matter to the U.S. Department of Commerce (Commerce) and requested that Commerce issue a determination as to whether certain hardwood plywood products produced by Finewood are covered merchandise subject to the AD/CVD Orders. CBP also stayed the EAPA investigation pending a final scope determination from Commerce. FEA's and IGF's entries

were subsequently liquidated even though there has been no final decision in EAPA Investigation No. 7252. After this action was filed, FEA and IGF filed protests within 180 days of the liquidation of these entries challenging the liquidation. *See* 19 U.S.C. § 1514. On October 16, 2020, CBP notified FEA and IGF that their protests had been suspended.

The scope proceeding before Commerce is ongoing. After Commerce initiated the Scope Inquiry on January 13, 2020, it issued a questionnaire to Finewood on March 12, 2020. Finewood filed its responses in two parts, on April 9, 2020 and April 23, 2020, respectively. Commerce then issued its first Supplemental Questionnaire on March 2, 2021. On March 2, 2021, Commerce also requested additional information from all interested parties to conduct a substantial transformation analysis. Finewood's Supplemental Questionnaire response and other parties' additional information were filed on April 20, 2021. Parties have 10-days, i.e., by April 30, 2021, to provide rebuttal comments on these filings. On March 11, 2021, Commerce extended the final determination deadline from April 5, 2021 to August 24, 2021, and continues to work on the administrative proceeding.

CBP continues to hold the protests in suspended status until CBP issues a final determination in its EAPA investigation into whether FEA and IGF entered merchandise into the United States through evasion. Because Commerce's final scope determination is currently due on August 24, 2021, the parties will provide a status report by September 30, 2021.

Dated: April 30, 2021

                                              Respectfully submitted,

By:   /s/ Gregory S. Menegaz
        DEKEIFFER & HORGAN, PLLC
        Suite 410
        1090 Vermont Avenue, N.W.
        Washington, D.C. 20005
        Tel: (202) 783-6900
        Fax: (202) 783-6909

*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By:   /s/ Aimee Lee
        AIMEE LEE
        Assistant Director

/s/ Hardeep K. Josan
HARDEEP K. JOSAN
Trial Attorney
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9245 or 9230

*Attorneys for Defendant*