UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

```
_____
VIETNAM FINEWOOD COMPANY LIMITED,    :
FAR EAST AMERICAN, INC., AND         :
INTERGLOBAL FOREST LLC,              :
                                     :
                     Plaintiffs,     :
                                     :   Court No. 20-00155
              v.                     :
                                     :
UNITED STATES,                       :
                                     :
                     Defendant.      :
_____:
```

## JOINT STATUS REPORT

Pursuant to the Court's order of October 1, 2021, Plaintiffs Vietnam Finewood Company Limited (Finewood), Far East American, Inc. (FEA) and InterGlobal Forest LLC (IGF) (collectively, Plaintiffs) and defendant the United States, by and through their undersigned counsel, file this joint status report.

This action relates to the premature liquidation of FEA's and IGF's entries of Finewood's merchandise entered in 2018. These entries were originally suspended as an interim measure in EAPA Investigation No. 7252. Because U.S. Customs and Border Protection (CBP) was unable to determine whether certain merchandise at issue is within the scope of the antidumping and countervailing duty orders on certain hardwood plywood from the People's Republic of China (AD/CVD Orders), in accordance with the procedures of 19 U.S.C. § 1517(b)(4)(A), CBP referred the matter to the U.S. Department of Commerce (Commerce) and requested that Commerce issue a determination as to whether certain hardwood plywood products produced by Finewood are covered merchandise subject to the AD/CVD Orders. CBP also stayed the EAPA investigation pending a final scope determination from Commerce. FEA's and IGF's entries

were subsequently liquidated even though there has been no final decision in EAPA Investigation No. 7252. After this action was filed, FEA and IGF filed protests within 180 days of the liquidation of these entries challenging the liquidation. *See* 19 U.S.C. § 1514. On October 16, 2020, CBP notified FEA and IGF that their protests had been suspended.

The scope proceeding before Commerce has now concluded. On January 21, 2022, Commerce released its final scope ruling in response to CBP's covered merchandise referral, and transmitted the scope ruling to CBP on January 27, 2022. On January 28, 2022, CBP issued its determination in the EAPA investigation finding that FEA and IGF entered merchandise into the United States through evasion. The parties have thirty (30) business days from issuance of this determination to request an administrative review of the final determination. 19 C.F.R. § 165.41(d). CBP, through the Office of Regulations and Rulings, performs a *de novo* review based upon the administrative record, which will be completed within 60 business days of the commencement of the review. 19 C.F.R. § 165.45. The parties may thereafter seek judicial review in this Court of CBP's determination as to evasion. 19 U.S.C. § 1517(g)(1). CBP continues to hold the protests in suspended status. Because CBP's review determination, if any, will likely be issued in June 2022, the Government believes that the next status report should be due by July 29, 2022.

Plaintiffs Finewood and FEA are considering an appeal of the U.S. Department of Commerce's scope determination as provided in the EAPA statute under 19 U.S.C. §§ 1517(b)(4)(D) ("Nothing in this paragraph shall be construed to affect the authority of an interested party to commence an action in the United States Court of International Trade under section 1516a(a)(2) of this title with respect to a determination of the administering authority under this paragraph.") and under 19 U.S.C. § 1516a(a)(2)(B)(vi) (providing judicial review of

"[a] determination by the administering authority as to whether a particular type of merchandise is within the class or kind of merchandise described in an existing finding of dumping or antidumping or countervailing duty order."). Plaintiffs Finewood and FEA therefore ask the Court to require an updated status report from the parties at the latest in 30 days from this date, on March 2, 2022, after Finewood and FEA have fully considered their appeal against Commerce's scope determination. Plaintiff IGF joins in with the position of plaintiffs Finewood and FEA.

Dated: January 31, 2022

                                                      Respectfully submitted,

By:    /s/ Gregory S. Menegaz
          DEKEIFFER & HORGAN, PLLC
          Suite 410
          1090 Vermont Avenue, N.W.
          Washington, D.C. 20005
          Tel: (202) 783-6900
          Fax: (202) 783-6909

*Attorneys for Plaintiffs Finewood and FEA*

By:    /s/ Thomas H. Cadden
          CADDEN & FULLER LLP
          114 Pacifica, Suite 450
          Irvine, California 92618
          Tel: (949) 788-0827 x 716
          Fax: (949) 450-0650

*Attorneys for Plaintiff IGF*

          BRIAN M. BOYNTON
          Acting Assistant Attorney General

          PATRICIA M. McCARTHY
          Director

          JUSTIN R. MILLER
          Attorney-In-Charge
          International Trade Field Office

By:    /s/ Aimee Lee
        AIMEE LEE
        Assistant Director

        /s/ Hardeep K. Josan
        HARDEEP K. JOSAN
        Trial Attorney
        International Trade Field Office
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278
        (212) 264-9245 or 9230

        *Attorneys for Defendant*