UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| VIETNAM FINEWOOD COMPANY LIMITED, FAR EAST AMERICAN, INC., AND INTERGLOBAL FOREST LLC, : : : : Plaintiffs, : : v. : : UNITED STATES, : : Defendant. : : | Court No. 20-00155 |

## JOINT STATUS REPORT

Pursuant to the Court's paperless order of May 24, 2024, Plaintiffs Vietnam Finewood Company Limited (Vietnam Finewood), Far East American, Inc. (FEA) and InterGlobal Forest LLC (IGF) (collectively, Plaintiffs) and defendant the United States, by and through their undersigned counsel, file this joint status report.

By way of brief background, this action relates to the premature liquidation of FEA's and IGF's entries of Finewood's merchandise entered in 2018. After this action was filed, FEA and IGF filed protests within 180 days of the liquidation of these entries challenging the liquidation. *See* 19 U.S.C. § 1514. On October 16, 2020, U.S. Customs and Border Protection (CBP) notified FEA and IGF that their protests had been suspended. The protests were suspended pending final disposition of *Far East American, Inc. et al. v. United States*, Consol. Case No. 22-00213. The Court entered final judgment in that case on April 8, 2024.

Thereafter, CBP approved FEA's and IGF's protests. With respect to IGF's protest, no refund will be issued to IGF because no antidumping/countervailing (AD/CVD) duties were paid. With respect to FEA's protest, CBP has begun the process of issuing refunds for FEA's

entries. CBP expects the refund process to take approximately another thirty days to complete for all of FEA's entries.

Set forth below are the parties' respective positions regarding this matter:

**Plaintiff FEA's Position:**

Counsel for FEA anticipates filing a motion for dismissal of FEA's appeal shortly after FEA receives information from CBP that the protest was granted and that entries are being reliquidated with refunds.

**Plaintiff IGF's Position:**

Counsel for IGF advises that IGF has received notification from the ACE Portal that IGF's protests have been granted; however, IGF has not yet received notification that the protested entries have been liquidated without AD/CVD duties. Counsel anticipates filing a proposed judgment naming IGF as the prevailing party shortly after all entries from manufacturer Vietnam Finewood have been finally liquidated without AD/CVD duties and seeking an award of attorneys' fees and costs once judgment has been entered.

**Defendant's Position:**

Because FEA's and IGF's protests have been approved and no AD/CVD duties will be assessed on their entries, defendant respectfully continues to submit that this action should be dismissed.

Dated: June 24, 2024                    Respectfully submitted,

                                                    By:   /s/ Gregory S. Menegaz
                                                            DEKEIFFER & HORGAN, PLLC
                                                            1156 15th Street, N.W.
                                                            Suite 1101
                                                            Washington, D.C. 20005
                                                            Tel: (202) 783-6900
                                                            Fax: (202) 783-6909
                                                           *Attorneys for Plaintiffs Finewood and FEA*

By:   /s/ Thomas H. Cadden
CADDEN & FULLER LLP
114 Pacifica, Suite 450
Irvine, California 92618
Tel: (949) 788-0827 x 716
Fax: (949) 450-0650
*Attorneys for Plaintiff IGF*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By:   /s/ Aimee Lee
AIMEE LEE
Assistant Director

/s/ Hardeep K. Josan
HARDEEP K. JOSAN
Trial Attorney
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9245
*Attorneys for Defendant*