UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| VIETNAM FINEWOOD COMPANY LIMITED, FAR EAST AMERICAN, INC., AND INTERGLOBAL FOREST LLC, : : : : Plaintiffs, : : v. : : UNITED STATES, : : Defendant. : : | Court No. 20-00155 |

## JOINT STATUS REPORT

Pursuant to the Court's paperless order of June 25, 2024, Plaintiffs Vietnam Finewood Company Limited (Vietnam Finewood), Far East American, Inc. (FEA) and InterGlobal Forest LLC (IGF) (collectively, Plaintiffs) and defendant the United States, by and through their undersigned counsel, file this joint status report.

By way of brief background, this action relates to the premature liquidation of FEA's and IGF's entries of Finewood's merchandise entered in 2018. After this action was filed, FEA and IGF filed protests within 180 days of the liquidation of these entries challenging the liquidation. *See* 19 U.S.C. § 1514. On October 16, 2020, U.S. Customs and Border Protection (CBP) notified FEA and IGF that their protests had been suspended. The protests were suspended pending final disposition of *Far East American, Inc. et al. v. United States*, Consol. Case No. 22-00213. The Court entered final judgment in that case on April 8, 2024.

Thereafter, CBP approved FEA's and IGF's protests. With respect to IGF's protest, no refund will be issued to IGF because no antidumping/countervailing (AD/CVD) duties were

paid.  With respect to FEA's protest, CBP has begun the process of issuing refunds for FEA's entries.

Set forth below are the parties' respective positions regarding this matter:

**Plaintiff FEA's Position:**

FEA is willing to dismiss its appeal and plans to do so next week.  FEA has received partial refunds and the remainder are caught up in issues that have caused extraordinary delays not involved with the merits of the appeal or CBP's apparent willingness to work with FEA to ultimately effect the refunds in total.

**Plaintiff IGF's Position:**

Counsel for IGF advises that IGF has received notification from the ACE Portal that IGF's protests have been granted; however, IGF has not yet received notification that the protested entries have been liquidated without AD/CVD duties.  Counsel anticipates filing a proposed judgment naming IGF as the prevailing party shortly after all entries from manufacturer Vietnam Finewood have been finally liquidated without AD/CVD duties and seeking an award of attorneys' fees and costs once judgment has been entered.

**Defendant's Position:**

Although the last status report indicated that the refund process for all of FEA's entries would take approximately thirty days to complete, counsel for defendant has been in communication with CBP for an update on the status of the refunds.  However, at the time of this filing, counsel has not received an update.  Notwithstanding, because FEA's and IGF's protests have been approved and no AD/CVD duties will be assessed on their entries, defendant respectfully continues to submit that this action should be dismissed.

Dated: August 9, 2024                     Respectfully submitted,

                                      By:     /s/ Gregory S. Menegaz
                                               DEKEIFFER & HORGAN, PLLC
                                               1156 15th Street, N.W.
                                               Suite 1101
                                               Washington, D.C. 20005
                                               Tel: (202) 783-6900
                                               Fax: (202) 783-6909
                                               *Attorneys for Plaintiffs Finewood and FEA*

                                      By:     /s/ Thomas H. Cadden
                                               CADDEN & FULLER LLP
                                               114 Pacifica, Suite 450
                                               Irvine, California 92618
                                               Tel: (949) 788-0827 x 716
                                               Fax: (949) 450-0650
                                               *Attorneys for Plaintiff IGF*


                                               BRIAN M. BOYNTON
                                               Principal Deputy Assistant Attorney General

                                               PATRICIA M. McCARTHY
                                               Director

                                               JUSTIN R. MILLER
                                               Attorney-In-Charge
                                               International Trade Field Office

                                    By:     /s/ Aimee Lee
                                             AIMEE LEE
                                             Assistant Director

                                             /s/ Hardeep K. Josan
                                             HARDEEP K. JOSAN
                                             Trial Attorney
                                             International Trade Field Office
                                             Department of Justice, Civil Division
                                             Commercial Litigation Branch
                                             26 Federal Plaza, Room 346
                                             New York, New York 10278
                                             (212) 264-9245
                                             *Attorneys for Defendant*