UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| VIETNAM FINEWOOD COMPANY LIMITED, FAR EAST AMERICAN, INC., AND INTERGLOBAL FOREST LLC,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES,<br><br>          Defendant. | Court No. 20-00155 |

## RESPONSE TO COURT'S ORDER

Pursuant to the Court's order of August 13, 2024, Plaintiffs Vietnam Finewood Company Limited (Finewood) and Far East American, Inc. (FEA) respond to the issues raised by the Court.

For the first issue of IGF's representation, we confirm that deKieffer & Horgan does not represent IGF. Cadder & Fuller LLP represent IGF and our firm has understood that Cadder & Fuller would file a form 12 substitution of counsel. With respect to the second issue, we leave it to IGF's Counsel, Cadder & Fuller, to provide a response.

Dated: August 20, 2024

                                                            Respectfully submitted,

By:    /s/ Gregory S. Menegaz
          DEKEIFFER & HORGAN, PLLC
          1156 15th Street, NW.
          Suite 1101
         Washington, D.C. 20005
         Tel: (202) 783-6900
         Fax: (202) 783-6909
         *Attorneys for Plaintiffs Finewood and FEA*