UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| VIETNAM FINEWOOD COMPANY LIMITED, FAR EAST AMERICAN, INC., AND INTERGLOBAL FOREST LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | Court No. 20-00155 |

**Plaintiffs Vietnam Finewood Company Limited and Far East American, Inc.**

**Notice of Dismissal**

**PLEASE TAKE NOTICE** that Plaintiffs Vietnam Finewood Company Limited ("Finewood") and Far East American, Inc.("FEA"), pursuant to Rule 41(a)(1)(A)(i) and practice comment thereof, of the Rules of the United States Court of International Trade, hereby dismiss their case brought under Court No. 20-00155.

A proposed order is attached to this notice.

Dated: August 23, 2024

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　By:　 /s/ Gregory S. Menegaz
　　　　　　　　　　　　　　　　DEKEIFFER & HORGAN, PLLC
　　　　　　　　　　　　　　　　Suite 1101
　　　　　　　　　　　　　　　　1156 Fifteenth Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　Tel: (202) 783-6900
　　　　　　　　　　　　　　　　Fax: (202) 783-6909
　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Finewood and FEA*