**UNITED STATES COURT OF INTERNATIONAL TRADE**

INTERGLOBAL FOREST LLC,

       Plaintiff,

       v.

UNITED STATES,

       Defendant.

Before: Mark A. Barnett, Chief Judge
Court No. 20-00155

## <u>ORDER</u>

In 2020, Plaintiff InterGlobal Forest LLC ("IGF") commenced this case pursuant to the court's jurisdiction under 28 U.S.C. § 1581(i) in order to challenge actions taken by U.S. Customs and Border Protection ("CBP") and the U.S. Department of Commerce that resulted in the liquidation of IGF's entries during the pendency of an EAPA investigation.[1]  *See generally* Compl., ECF No. 5.[2]  IGF protested CBP's liquidation of the entries, and CBP suspended action on the protest pending conclusion of the EAPA investigation.  Jt. Mot. to Stay Further Proceedings, ECF No. 11.  The court stayed this case until the earlier of CBP's issuance of a final EAPA determination or decision on the protests.  *See* Order (Nov. 10, 2020), ECF No. 12.

---

[1] EAPA refers to the Enforce and Protect Act, codified at 19 U.S.C. § 1517.

[2] Two additional plaintiffs—Far East American, Inc. ("FEA") and Vietnam Finewood Company Limited ("VF")—joined IGF in commencing this case.  *See* Compl. ¶¶ 1–3. On August 26, 2024, FEA and VF dismissed their part in this action and the court directed the clerk to amend the caption accordingly.  Order (Aug. 26, 2024), ECF No. 36.

Court No. 20-00155                                                              Page 2

Following litigation regarding CBP's EAPA determination that resulted in a

negative evasion determination, CBP approved IGF's protest.  *See, e.g.*, Jt. Status

Report (Aug. 9, 2024), ECF No. 31.  Thereafter, CBP reliquidated the entries and

canceled the outstanding bills for the payment of duties.  *See* Def.'s Resp. to Ct. Order

(Aug. 20, 2024), ECF No. 33.  These steps provide IGF all the relief it requested—if not

more—in this case.  *See* Compl. at 18 (prayer for relief).  Thus, this case appears to be

moot.

Accordingly, it is hereby **ORDERED** that unless IGF files a notice of dismissal or

provides a legal basis for continuing this action on or before September 3, 2024, the

court will dismiss this case without further notice.[3]

/s/      Mark A. Barnett
Mark A. Barnett, Chief Judge

Dated: August 26, 2024
        New York, New York

---

[3] The court recently requested counsel to clarify IGF's representation after noting that
two different firms had entered notices of appearance using the court's Form 11.  Order
(Aug. 13, 2024), ECF No. 32.  Counsel for FEA responded by noting that they no longer
represented IGF and "has understood that Cadden & Fuller would file a form 12
substitution of counsel."  Resp. to Ct.'s Order, ECF No. 34.  As of this date, Cadden &
Fuller LLP has not responded to the court's order.