**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| INTERGLOBAL FOREST LLC,<br><br>    Plaintiff,<br><br>         v.<br><br>UNITED STATES,<br><br>    Defendant. | Before: Mark A. Barnett, Chief Judge<br>Court No. 20-00155 |

## ORDER

Absent any response by Plaintiff to the court's August 26, 2024 order, ECF No. 37, in accordance with that order and pursuant to U.S. Court of International Trade Rule 41(b)(3), this action is hereby **DISMISSED**.

/s/   Mark A. Barnett
Mark A. Barnett, Chief Judge

Dated: September 4, 2024
       New York, New York